ACCEPTED
12-14-00305-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
2/27/2015 11:41:14 AM
CATHY LUSK
CLERK



The
# Norman
## Law Firm

Marvin J. Angle, Partner
Steven R. Guy, Partner
D. Brett Brewer, Partner
Jonathan H. Richey, Associate
Summers A. Norman
(1905-1986)

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
2/27/2015 11:41:14 AM
CATHY S. LUSK
Clerk

February 24, 2015

Jimmy Deshawn Mosley, Jr.
#1954147
Connally Unit
899 FM 632
Kenedy, TX 78119

Re:     Court of Appeals No:12-14-00305-CR, State of Texas v. Jimmy Deshawn Mosley, Jr.


Dear Mr. Mosley,

Please find enclosed my Motion to Withdraw as your attorney as well as the Brief in support of such withdrawal. After a careful review of the record, I was unable to find any error that would entitle you to a new trial. For that reason, I have moved to withdraw as your lawyer. The rules require this. The Motion to Withdraw is supported by a brief. If you do not agree with this brief, you may file your own brief by writing a letter to the 12th Court of Appeals, telling the Court why you did not get a fair trial. This should be done as soon as possible. No particular format is necessary. Address your letter to : ATTENTION: CLERK OF THE COURT, TWELFTH COURT OF APPEALS, 1517 West Front Street Suite 354, Tyler, Texas 75702. In your letter, be sure to reference the appellate court case number. The Clerk will provide you with a deadline. I am enclosing another copy of both the Clerk's Record and the Reporter's Record to assist you in your review of your file.

The Court of Appeals is required to do an independent review of the record so that it can determine whether there are any grounds for appeal. You will have thirty days to file your own brief and bring to the Court's attention any matter you believe is important when they consider your conviction. The deadline by which you must file your own brief will be provided by the Court, and you will receive that information directly from the Court of Appeals, in the event you write a letter as instructed in the paragraph above. If the decision of the Court of Appeals is unfavorable to you, you may file an appeal with the Court of Criminal Appeals after the Court of Appeals decides your case. I have not been appointed to represent you in that appeal. To file a Petition for Discretionary Review, you must mail it on or before the 30th day after the Court of Appeals issues it's opinion. The Petition should be mailed to the Clerk of the Court, Twelfth Court of Appeals, 1517 West Front Street, Suite 354, Tyler, Texas 75702.

Please be advised that you are entitled to review the appellate record to assist you in preparing your own brief. That is why I am forwarding you both the trial transcript completed by the Court Reporter and the Clerks Record maintained by the district clerk's office.

Until the Court decides tat I am no longer your attorney, I will do my very best to provide you with

information that may assist you.  Please let me know if there is anything that I may do

Sincerely,

Jonathan Richey

Enclosure:

Est. 1898

**Norman, Angle, Guy & Brewer, L.L.P.**

215 East Commerce, 2nd Floor • Jacksonville, Texas 75766 • 903.586.2595 • Fax: 903.586.0524
www.normanlawfirm.com